IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE: Minnesota Asbestos Litigation — Court File No. C8-94-2875

LEWIS JAGUNICH, State Court File No.: C2-99-601237
GENE BRODOWY, State Court File No.: C0-00-1665
DONAVAN CARPENTER, State Court File No.: PI 00-007322
RAYMOND J. HARLANDER (Deceased), State Court File No.: C4-96-148
ROBERT J. CUNNINGHAM, State Court File No.: 19-C8-99-7963
LOREN C. PIEPKORN, State Court File No.: PI 00-006188
ALEX CZECK, State Court File No.: PI 00-000634
ROLLAND LECUYER, State Court File No.: 19-C0-00-8063
EDWARD TRETTEL, State Court File No.: C1-99-1339
JAMES W. DICKEY, State Court File No.: C3-99-8800
LEO FELBER, State Court File No.: PI-00-000808
GAYLORD W. NORDIN, State Court File No.: PI 98-007088
LEN PAQUETTE, State Court File No.: 19-C5-97-8029
GILBERT SANDLAND, State Court File No.: PI 98-007750
STANLEY SCHNACKY, State Court File No.: C4-99-6408
GORDON J. BRINKMAN, State Court File No.: 19-C5-97-9309
DONOVAN MCNIFF, State Court File No.: 19-C6-99-6844
HOWARD MEYERS, State Court File No.: 19-C6-998612
DAVID EASTER, State Court File No.: 19-C8-99-7557
RICHARD FESENMAIER, State Court File No.: PI-99-002230
JOHN H. MELICH, State Court File No.: WD 99-012203
JOHN E. 'JACK' NELSON, State Court File No.: C1-99-871
RONALD G. ROBIDEAU, State Court File No.: 19-C2-98-6605
RUSSELL E. GREGG, SR., State Court File No.: PI-98-7546

CIVIL ACTION NO.
CV01-325 MJD/JGL
and
CV01-456 MJD/SRN

Plaintiffs,

v.

**STIPULATION AND ORDER FOR DISMISSAL**

C.E. THURSTON AND SONS, INCORPORATED;
CERTAINTEED CORPORATION;
MAREMONT CORPORATION;
QUIGLEY COMPANY, INC.;
T & N, plc; and
UNION CARBIDE CORPORATION
(f/k/a UNION CARBIDE CHEMICALS &
PLASTICS COMPANY, INC.),

Defendants.

AUG 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY STIPULATED AND AGREED**, by and between the above listed plaintiffs and defendants C.E. Thurston and Sons, Inc., Certainteed Corporation, Maremont Corporation, Quigley Company, Inc., T&N, plc and Union Carbide Corporation (f/k/a Union Carbide Chemicals & Plastics Company, Inc.) that the above-captioned actions may be dismissed with prejudice and without costs to any party, and that an order to this effect may be entered without further notice.

**SIEBEN, POLK, LaVERDIERE, JONES & HAWN, P.A.**
Attorneys for Plaintiffs

Dated: 5/21/01

By ______________________
Michael R. Strom (#170082)
Tracy M. Borash (#293210)
999 Westview Drive
Hastings, MN 55033-2495

**FOLEY & LARDNER**
Attorneys for Defendants

Dated: 8-24-01

By ______________________
Trevor J. Will
Michael D. Rosenberg (#0306782)
Foley & Lardner
7777 East Wisconsin Avenue
Milwaukee, Wisconsin 63202-5367
(414) 271-2400

Lisa M. Elliott (#201923)
Elliott Law Offices
York Business Center
3209 West 76th Street, Suite 304
Edina, MN 55435

OF COUNSEL:

Richard M. Wyner
Michele Lee Svonkin
Shea & Gardner
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 828-2000

**ORDER**

**IT IS HEREBY ORDERED**, upon the foregoing stipulation, that the above-captioned actions be and hereby are dismissed with prejudice and without costs to either party.

Dated this 29 day of August 2001.

**BY THE COURT:**

______________________
United States Judge